USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/10/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
   **FRB LLC, ET AL,**

                       **Plaintiff,**              **25-cv-07695 (ALC)**

              **-against-**                      **ORDER**

   **CORE FUNDING SOURCE, LLC, ET AL,**

                       **Defendant.**
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      On November 10, 2025, Defendant Power Funding Solutions, Inc. filed a letter with the Court requesting a pre-motion conference with respect to its anticipated Rule 12(b)(6) motion to dismiss. ECF No. 14. Per this Court's Individual Practices, Plaintiffs are ordered to respond indicating its position by **November 13, 2025.**

**SO ORDERED.**

**Dated: November 10, 2025**
        **New York, New York**                             **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**