USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/3/25_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

   **FRB LLC, ET AL,**

                     **Plaintiff,**                  **25-cv-07695 (ALC)**

              **-against-**                        **ORDER**

   **CORE FUNDING SOURCE, LLC, ET AL,**

                  **Defendant.**

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in today's telephonic pre-motion conference, the Court hereby **GRANTS** Plaintiff leave to file an amended complaint by **December 9, 2025**. The Court further orders the parties to submit a joint status report by **December 23, 2025.** In the joint status report, the parties should indicate whether they have settled the matter or if they are interested in the Court referring the matter to a magistrate judge for a settlement conference or to another mediation program. If not, the parties should indicate whether Defendants still plan to move to dismiss the amended complaint. If so, the parties should submit a proposed briefing schedule.

**SO ORDERED.**

**Dated:  December 3, 2025**
      **New York, New York**                        **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**