```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____01/27/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
 FRB LLC, et al.,

                                        Plaintiff,          **ORDER SCHEDULING**

                                                           **SETTLEMENT CONFERENCE**
                        -against-
                                                           **25-CV-7695 (ALC)**

 CORE FUNDINH SOURCE LLC, et al.,

                                        Defendants.
-----------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       A settlement conference in this matter is scheduled for **Monday, March 30, 2026, at**

**2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

Parties must attend in-person with their counsel.  Corporate parties must send the person with

decision making authority to settle the matter to the conference.  The parties are instructed to

complete the Settlement Conference Summary Report and prepare pre-conference submissions

in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions

must be received by the Court no later than **March 23, 2026, by 5:00 p.m.**

       **SO ORDERED**.

Dated: January 27, 2026
       New York, New York

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge