USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__03/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FRB LLC, et al.,

                                        Plaintiff,                    **ORDER ADJOURNING**
                                                                      **SETTLEMENT CONFERENCE**
                 -against-
                                                                      **25-CV-7695 (ALC)**

CORE FUNDINH SOURCE LLC, et al.,

                                        Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        In light of the Notice of Voluntary Dismissal filed on March 24, 2026 (doc. no 39) the

Settlement Conference in this matter currently scheduled for **March 30, 2026** is hereby

adjourned *sine die*.

        **SO ORDERED**.

Dated: March 25, 2026
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge