USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/9/26 _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| FRB LLC. SRF LLC, AND REGINA SERGIYENKO,<br><br>              **Plaintiffs,**<br><br>      **-against-**<br><br>CORE FUNDING SOURCE LLC, HONEST HUNFIND GLLC, POWER FUNDING SOLUIONS INC, RIVER CAPITAL PARTNERS LLC, AND JOHN AND JANE DOE DEFENDANTS.<br><br>            **Defendants.** | **25-cv-07695 (ALC)**<br><br><u>**ORDER OF DISCONTINUANCE**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

On March 24, 2026, Plaintiff filed a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i), voluntarily dismissing the action without prejudice and without costs against defendants Core Funding Source LLC, Honest Funding LLC, John and Jane Doe Defendants, Power Funding Solutions Inc, and River Capital Partners LLC. *See* ECF No. 39. Pursuant to Rule 41(a)()1)(A)(i), a plaintiff may voluntarily dismiss an action without court order by "notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendant Power Funding Solutions Inc. filed an answer to the amended complaint on February 20, 2026. *See* ECF No. 33. As such, "a stipulation of dismissal signed by all parties who have appeared" is necessary for Plaintiffs to voluntarily dismiss the action without Court Order against Defendant Power Funding Solutions, Inc. *See* FRCP 41(a)(1)(A)(ii). On April 5, 2026, Plaintiffs filed a Stipulation of Voluntary Dismissal, voluntarily dismissing the action without prejudice and without costs against Defendant Power Funding Solutions, Inc. pursuant to Rule 41(a)(1)(A)(ii). *See* ECF No. 41.

It having been reported to the Court that this case has voluntarily dismissed against all defendants in this matter, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

**Dated:**   **April 9, 2026**
      **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**